UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH STEWART (#98926)

VERSUS

DR. SENG, ET AL.

CIVIL ACTION

NO. 09-17-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 9, 2009 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Dismiss by defendant Dr. Preety Singh is DENIED.

Baton Rouge, Louisiana, April 29, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA