UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH STEWART (#98926)

VERSUS                                              CIVIL ACTION

MRS. SENG, ET AL                                    NUMBER 09-17-JJB-SCR

RULING ON MOTION TO COMPEL DISCOVERY

Before the court is the Plaintiff's Motion to Compel Discovery.  Record document number 33.  No opposition has been filed.

Plaintiff moved to compel responses to interrogatories, admissions and requests for the production of documents. Plaintiff attached copies of Inmate's Request for Legal/Indigent Mail forms and copies of the discovery requests to his motion.[1]

Accordingly, the plaintiff's motion to compel discovery is granted.  Defendants shall serve and file responses to the plaintiff's discovery, without objections,[2] within 10 days from the

---

[1] A review of the record showed that the Clerk erroneously filed the discovery requests as a separate pleading.  See record document number 34.  The certificate of service indicates that the discovery was served April 7, 2009, and this service date is supported by a corresponding date on the Inmate's Request for Legal/Indigent Mail form.  Moreover, the defendants were served with the discovery through the court's e-mail notification system on July 13, 2009.

[2] Generally, discovery objections are waived if a party fails to timely object to interrogatories, production requests or other discovery efforts.  See, In re U.S., 864 F.2d 1153, 1156 (5th
(continued...)

date of this ruling.

Baton Rouge, Louisiana, August 20, 2009.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[2](...continued)
Cir.), *reh'g denied*, 869 F.2d 1487 (5th Cir. 1989); *Godsey v. U.S.*, 133 F.R.D. 111, 113 (S.D. Miss. 1990.)