UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH STEWART (#98926)

VERSUS                                              CIVIL ACTION

MRS. SENG, ET AL                                    NUMBER 09-17-JJB-SCR

RULING ON MOTION FOR COPIES

Before the court is the plaintiff's Motion to Receive Copies of the Documents Presented to the Court as Exhibits.  Record document number 52.

Plaintiff moved to have the court send him copies of the exhibits he presented in support of his motion for summary judgment.  A review of the record showed that the plaintiff did not submit any exhibits with his motion for summary judgment.[1]  He filed a motion, statement of undisputed facts and a supporting memorandum.  Plaintiff did submit exhibits with his reply memorandum.[2]  Plaintiff should have kept his own copies of these exhibits.  Plaintiff's in forma pauperis status does not entitle him to free copies of documents filed with the court.  He may obtain copies of documents filed in the record from the clerk of court upon paying the clerk's usual charge for copies.[3]

---

[1] Record document number 35.

[2] Record document number 40.

[3] Copy costs are 50 cents per page if the clerk of court mails
(continued...)

Accordingly, the plaintiff's Motion to Receive Copies of the Documents Presented to the Court as Exhibits is denied, without prejudice to the plaintiff obtaining copies of his exhibits from the clerk of court upon paying the clerk's usual charge for copies.

Baton Rouge, Louisiana, September 30, 2009.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[3](...continued)
the copies. If a family member/friend comes to the courthouse and makes the copies, the charge is 10 cents per page. Plaintiff submitted seven pages of exhibits with his reply memorandum.