UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH STEWART (#98926)

VERSUS                                               CIVIL ACTION

MRS. SENG, ET AL                                     NUMBER 09-17-JJB-SCR

RULING ON REQUEST TO SERVE SUBPOENA

Before the court is the plaintiff's request to serve a subpoena. Record document number 55.

Plaintiff sought to have a subpoena served on the unidentified Earl K. Long Medical Center doctor who performed the surgery on the plaintiff on August 21, 2007, requiring the doctor's appearance and testimony at the trial and production of X-rays and documents stating what was done in the surgery.

Plaintiff's request is premature. No trial date has been set.[1] Plaintiff may renew his request after the case is set for trial.

Accordingly, the plaintiff's request to serve a subpoena is denied, without prejudice to the plaintiff renewing his request after the case is set for trial.

Baton Rouge, Louisiana, October 14, 2009.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Nor has a hearing been set on any motion as to which the doctor's testimony may be relevant.