UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH STEWART (#98926)

VERSUS                                                        CIVIL ACTION

MRS. SENG, ET AL                                    NUMBER 09-17-JJB-SCR

RULING ON MOTION TO COMPEL DISCOVERY

Before the court is the Plaintiff's Motion to Compel Document. Record document number 57. The motion is opposed.[1]

Plaintiff moved to compel the defendant to produce the Diagnostic Radiology Report. Defendant responded that the plaintiff did not request this document in any of his discovery requests, and that the document is not in her possession.

Plaintiff sought production of his medical records from both the Louisiana State Penitentiary and Earl K. Long Medical Center, which is not a defendant.[2] Defendant responded that "these have already been provided to plaintiff," and clarified that she "is not in possession of the medical records for Keith Stewart from Earl K. Long Center except those medical records already included and previously provided to plaintiff."[3]

---

[1] Record document number 58.

[2] Record document number 51, response to plaintiff's Request for Production No. 1.

[3] *Id.*

Defendant is not required to produce a document which is not in her possession or control.  It appears that the document which the plaintiff seeks is part of his medical records at Earl K. Long Medical Center and was not transmitted to the prison.

Accordingly, the plaintiff's Motion to Compel Document is denied.

Baton Rouge, Louisiana, November 4, 2009.

                                    *Stephen C. Riedlinger*
                                    STEPHEN C. RIEDLINGER
                                    UNITED STATES MAGISTRATE JUDGE