UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH STEWART (#98926)

VERSUS                                                    CIVIL ACTION

DR. SENG, ET AL                                           NUMBER 09-17-JJB-SCR

RULING ON REQUEST FOR SETTLEMENT CONFERENCE

Plaintiff filed a request for a settlement conference. Record document number 54.

The court contacted counsel for the defendant by mail and inquired about the defendant's interest in a settlement conference. Plaintiff subsequently provided the court with copies of correspondence between him and counsel for the defendant related to the plaintiff's efforts to reach a settlement. Based on this correspondence, there is no reason to believe a settlement conference at this time would be fruitful.

Accordingly, the plaintiff's request for a settlement conference is denied.

Baton Rouge, Louisiana, November 4, 2009.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE