UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH STEWART (#98926)

VERSUS                                                CIVIL ACTION

MRS. SENG, ET AL                                      NUMBER 09-17-JJB-SCR

<u>ORDER</u>

IT IS ORDERED that this case is assigned for a pretrial conference on **January 27, 2010, at 10:00 a.m.**  This pretrial conference will be conducted using video conferencing facilities at Louisiana State Penitentiary, Angola, Louisiana.  The parties shall file their respective portions of the pretrial order and serve a copy on the opposing parties by January 22, 2010.  Because the parties will not be able to exchange documents during the pretrial conference, they must file their respective portions of the pretrial order and serve a copy on the opposing party timely.  Failure to do so may result in the party being denied the opportunity to call witnesses or introduce documents.  **Although the parties are being provided copies of both the plaintiff and defendant pretrial order inserts, the plaintiff shall file only the plaintiff's portion of the pretrial order and the defendants shall file only the defendants' portion of the pretrial order**.

IT IS FURTHER ORDERED that the Warden of Louisiana State Penitentiary produce plaintiff **Keith Stewart #98926** in the video conferencing facilities at Louisiana State Penitentiary, for the USM for Warden

pretrial conference.

IT IS FURTHER ORDERED that the Warden of Louisiana State Penitentiary or his designee shall initiate the video conference call at **9:45 a.m.**

IT IS FURTHER ORDERED that the Warden of Louisiana State Penitentiary notify the Department of Corrections Information Services of the date, time and location of this conference in order to make the proper connections.

IT IS FURTHER ORDERED that counsel for the defendant shall report to the court's video conferencing facility located in Room 274 on the second floor of the Russell B. Long Federal Building and Courthouse, 777, Florida Street, Baton Rouge, Louisiana 70801.

Baton Rouge, Louisiana, November 10, 2009.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE