UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEITH STEWART (#98926)

VERSUS

MRS. SENG, ET AL.

CIVIL ACTION

NO. 09-17-JJB-SCR

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 21, 1010 (doc. no. 77). The plaintiff has filed an objection and defendant has filed a response.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Plaintiff's objection lacks merit for the reasons stated by the magistrate judge and by defendant in her response.

Accordingly, plaintiff's motion (doc. 72) for summary judgment is hereby DENIED and defendant's motion (doc. 71) for summary judgment is hereby GRANTED.

Baton Rouge, Louisiana, this 10th day of February 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA